UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERNARD CHESTNUT,

        Plaintiff,

v.                                    4:11cv305-WS

SERGEANT JAMES McCLENDON,
et al.,

        Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 24, 2012. See Doc. 74. The magistrate judge recommends that the defendants' motion to dismiss be granted as to the plaintiff's claim against all defendants for use of excessive force on April 26, 2011. The defendants maintain that the plaintiff failed to exhaust his administrative remedies as to that claim. The plaintiff objects (doc. 75) to the report and recommendation.

Having considered the report and recommendation in light of the objections, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The defendants' motion to dismiss (doc. 47) is GRANTED as to the plaintiff's claims against James McClendon, David Brantley, Kenneth Lane, Kevin White, Peter

Kassees, Kelon Mack, Michael Carr, and David Brown for the use of excessive force on April 26, 2011.

    3. The case shall be REMANDED to the magistrate judge for further proceedings regarding the plaintiff's claim against James McClendon for the use of force on August 12, 2010.

    DONE AND ORDERED this __13th__ day of __November__, 2012.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE